**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KELLI WAYMACK** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00471-KGB**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") of Chief United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11). The parties have not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. The Court reverses the Commissioner of the Social Security Administration's decision. The Court remands the case for further administrative review.

It is so ordered this 29th day of July, 2026.

Kristine G. Baker
Chief United States District Judge